UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RONNIE DIXON,

      Plaintiff,

v.                                                    CASE NO. 5:13-cv-92-Oc-17PRL

UNITED STATES ATTORNEY
GENERAL, et al.,

      Defendants.

_____

### ORDER

This case is before the Court on the following matters:

1.      Defendant Ray Holt's Motion to Dismiss Complaint (Doc. No. 39) is **GRANTED**.  Plaintiff concedes that Defendant Holt should be dismissed from the instant action.  *See* Doc. No. 42.  Thus, the claims against Defendant Ray Holt are **DISMISSED WITH PREJUDICE**.  The Clerk of Court shall enter judgment accordingly and terminate this case as to Defendant Ray Holt.

2.      Plaintiff's Motion for Reconsideration of Order Striking Discovery and Denying Motion to Compel (Doc. No. 41) is **GRANTED** as follows.  Based on Plaintiff's *pro se* status and excusable neglect, the Court directs Defendants within **THIRTY (30) DAYS** from the date of this Order, to respond to Plaintiff's discovery requests filed in this Court on October 20, 2014.  *See* Doc. No. 33 at 3-12.  Any motions related to Plaintiff's discovery requests shall be filed no later than **TEN (10) DAYS** thereafter.

3.      Defendants' Motion for Extension of Time to File Dispositive Motions (Doc. No. 44) is **GRANTED** as follows.  All dispositive motions shall be filed by **May 11, 2015.**

In the event summary judgment is denied, Plaintiff shall file his Pretrial Narrative Statement within **TWENTY-ONE (21) DAYS** from the date the Order denying summary judgment is entered.   On or before **FOURTEEN (14) DAYS** from the date Plaintiff files his Pretrial Narrative Statement, Defendants shall file a Pretrial Narrative Statement.   If Plaintiff fails to file a Pretrial Narrative Statement, Defendants shall notify the Court of Plaintiff's failure to comply within **FOURTEEN (14) DAYS** of such failure.

**DONE AND ORDERED** in Ocala, Florida this 10th day of March, 2015.


ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Ronnie Dixon
Counsel of Record